IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

GARY DREW,

    **Plaintiff,**

    vs.                               CIV. NO. 6:16-cv-00202-SPS

CAROLYN W. COLVIN,
**Acting Commissioner of
Social Security,**

    **Defendant.**

## ORDER

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and good cause appearing,

**IT IS HEREBY ORDERED** that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and REMANDED to the Commissioner for further administrative proceedings including a de novo review allowing for the opportunity for a new hearing and to submit additional evidence, unless a favorable decision can be issued without additional evidence or a new hearing.

**IT IS SO ORDERED** this 13th day of January, 2017.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma